No. 81–1075.   SHERROD *v.* MEYERS ET AL.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 81–1079.   NORTHEASTERN TELEPHONE CO. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL.   C. A. 2d Cir. Certiorari denied.

No. 81–1080.   BLOCH *v.* VETERAN CORPS OF ARTILLERY, STATE OF NEW YORK, CONSTITUTING THE MILITARY SOCIETY OF THE WAR OF 1812.   Ct. App. N. Y.   Certiorari denied.

No. 81–1085.   SANGIACOMO ET AL. *v.* ZIGAS ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 81–1088.   EMI LTD. *v.* BENNETT ET AL.; and
No. 81–1177.   CAPITOL INDUSTRIES-EMI, INC. *v.* BENNETT ET AL.   C. A. 9th Cir.   Certiorari before judgment denied.

No. 81–1092.   WILLIAMS ET AL. *v.* GENERAL MOTORS CORP.   C. A. 11th Cir.   Certiorari denied.

No. 81–1093.   GOMEZ *v.* COLORADO.   Sup. Ct. Colo. Certiorari denied.

No. 81–1096.   EUBANK *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 81–1100.   MERSKI *v.* NEW HAMPSHIRE.   Sup. Ct. N. H.   Certiorari denied.

No. 81–1107.   HERZOG ET UX. *v.* ENDECO, INC., ET AL. C. A. 8th Cir.   Certiorari denied.